**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 11-80601-CIV-MIDDLEBROOKS/JOHNSON**

WINN-DIXIE STORES, INC., et al,

Plaintiffs,

v.

DOLENCORP, LLC, f/k/a DOLENCORP, INC., a Kentucy corporation,

Defendant and Third Party Plaintiff,

v.

PARK CENTRAL PLAZA CRP, LLC, et al,

Third Party Defendants.

______________________________________/

**ORDER GRANTING IN PART THIRD PARTY DEFENDANT'S, HUDSON SQUARE CENTER INC., MOTION TO SEVER AMENDED THIRD-PARTY CLAIMS, MOTION TO MODIFY SCHEDULING ORDER AND OR MOTION TO RESET TRIAL**

THIS CAUSE comes before the Court upon Third Party Defendant's, Hudson Square Center Inc. ("Hudson"), Motion to Sever Amended Third Party Claims, Motion to Modify Scheduling Order and/or Motion to Reset Trial ("Motion") (DE 181) filed on January 20, 2012. Hudson asks this Court to (1) sever the third-party complaint ast to Hudson; (2) modify the pre-trial scheduling order; and/or (3) reset the trial as to Hudson. I have reviewed the matter and am advised in the premises. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiffs' Motion (DE 181) is GRANTED IN PART. The trial date in this action has been reset to commence the two-week period beginning March 26, 2012. Calendar call will occur on March 21, 2012 at the previously scheduled time. Per the Calendar Call held on January 23, 2012, the parties are instructed to agree to a

modification of the pre-trial scheduling order to allow Hudson to participate in discovery. (DE 198 at 85).

DONE AND ORDERED in Chambers at West Palm Beach, FL this 31 day of January, 2012.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record