**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:11-cv-80601-DMM
Consolidated with Case No. 9:11-80638-DMM,
Case No. 9:11-80641-DMM**

WINN-DIXIE STORES, INC.; WINN-DIXIE
STORES LEASING, LLC; WINN-DIXIE
RALEIGH, INC.; WINN-DIXIE RALEIGH
LEASING, LLC; WINN-DIXIE
MONTGOMERY, LLC; and WINN-DIXIE
MONTGOMERY LEASING, LLC,

      Plaintiffs,

v.

DOLGENCORP, LLC, f/k/a
DOLGENCORP, INC., a Kentucky corporation,

      Defendant and Third-Party Plaintiff,

v.

PARK CENTRAL PLAZA CRP, LLC et al.

      Third-Party Defendants.





----------------------------------------

## <u>ORDER RESETTING TRIAL DATE</u>

THIS CAUSE comes before the Court upon the parties Agreed Motion to Reset Trial Date

("Motion") (DE 223) filed on February 15, 2012.  Having considered the matter, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE 223) is GRANTED.  The above-entitled

cause is hereby reset for trial **during the two-week period commencing Monday, May 7, 2012 at**

**9:00 a.m.**  PLEASE TAKE FURTHER NOTICE that a **Status Conference/Calendar Call will be**

**held on Wednesday, May 2, 2012 at 1:15 p.m.** at the same location set forth in this Court's Order

Referring Case and Setting Trial Date (DE 8).

DONE AND ORDERED in Chambers at West Palm Beach, Florida this _16_ day of

February, 2012.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record