# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WINN-DIXIE STORES, INC.;<br>WINN-DIXIE STORES LEASING, INC.;<br>WINN-DIXIE RALEIGH, INC.;<br>WINN-DIXIE RALEIGH LEASING, LLC;<br>WINN-DIXIE MONTGOMERY, LLC; and<br>WINN-DIXIE MONTGOMERY LEASING, LLC, | **CASE NO.: 9:11-CV-80601-DMM**<br>**Consolidated with:** |

      Plaintiffs,

v.

DOLGENCORP, LLC, f/k/a
DOLGENCORP, INC., a Kentucky corporation,

      Defendant/Third-Party Plaintiff,

PARK CENTRAL PLAZA CRP, LLC,
HUDSON SQUARE CENTER, INC.,
E.V.K. ENTERPRISES, INC., VACHLIA,
INC., NB/85 ASSOCIATES, RONALD
BENDERSON, RANDALL BENDERSON,
DAVID H. BALDAUF, NATHAN
BENERSON and WAYNE M. RUBEN,

      Third-Party Defendants.
_____/

| | |
|---|---|
| WINN-DIXIE STORES, INC.;<br>WINN-DIXIE STORES LEASING, INC.;<br>WINN-DIXIE RALEIGH, INC.;<br>WINN-DIXIE RALEIGH LEASING, LLC;<br>WINN-DIXIE MONTGOMERY, LLC; and<br>WINN-DIXIE MONTGOMERY LEASING, LLC, | **CASE NO.: 9:11-CV-80638-DMM**<br>**Consolidated with:** |

      Plaintiffs,

v.

DOLLAR TREE STORES, INC., a Virginia
corporation,

      Defendant.
_____/

| | |
|---|---|
| WINN-DIXIE STORES, INC.;<br>WINN-DIXIE STORES LEASING, INC.;<br>WINN-DIXIE RALEIGH, INC.;<br>WINN-DIXIE RALEIGH LEASING, LLC;<br>WINN-DIXIE MONTGOMERY, LLC; and<br>WINN-DIXIE MONTGOMERY LEASING,<br>LLC, | **CASE NO.: 9:11-CV-80641-DMM** |

      Plaintiffs,

v.

BIG LOTS STORES, INC., an Ohio corp.,

      Defendant/Third-Party Plaintiff,

NORTHEAST PLAZA VENTURE I, LLC;
AVON SQUARE, LTD.; NOBLE
MANAGEMENT COMPANY; NPI, INC.;
HUDSON BAY TRADING COMPANY;
LAKE WALES ASSOCIATES, LLC;
SARRIA HOLDINGS IV, INC.; and
IRELAND BILOXI, LTD.,

      Third-Party Defendants.
_____/

## **NOTICE OF ADOPTION/JOINDER**

      Third-Party Defendants, Noble Management Company, Inc. and NPI, Inc., through their undersigned counsel, hereby give notice of their adoption and joinder in the Renewed Motion to Sever and/or For Separate Trial (D.E. 291).

                                  JONES, FOSTER, JOHNSTON & STUBBS, P.A.
                                  Attorneys for Plaintiff
                                  505 South Flagler Drive, 11th Floor
                                  West Palm Beach, FL 33401
                                  (561) 659-3000 [Telephone]
                                  (561) 650-0409 [Facsimile]
                                  By:    s/s Robert W. Wilkins
                                            Robert W. Wilkins
                                            rwilkins@jones-foster.com
                                            Florida Bar No. 0578721

**Certificate of Service**

I hereby certify that on this 19th day of March, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

                          JONES, FOSTER, JOHNSTON & STUBBS, P.A.
*Attorneys for the Noble Defendants*
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
Phone: 561-650-0408
Fax:     561-650-0409

By: s/s Robert W. Wilkins
       Robert W. Wilkins
       Florida Bar No. 0578721
       rwilkins@jones-foster.com
       Cristopher S. Rapp
       Florida Bar No. 0863211
       csrapp@jones-foster.com