UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WINN-DIXIE STORES, INC., *et al*.,

    Plaintiffs,

v.

DOLGENCORP, LLC, f/k/a
DOLGENCORP, INC., a Kentucky
corporation,

    Defendant/Third Party Plaintiff,

PARK CENTRAL PLAZA CRP, LLC, *et al.*,

    Third Party Defendants.
_____/

Case No.: 9:11-cv-80601-DMM (Lead Case)
Consolidated with:

WINN-DIXIE STORES, INC., *et al*.,

    Plaintiffs,

v.

DOLLAR TREE STORES, INC., a Virginia
corporation,

    Defendant.
_____/

Case No.: 9:11-cv-80638-DMM
Consolidated with:

WINN-DIXIE STORES, INC., *et al*.,

    Plaintiffs,

v.

BIG LOTS STORES, INC. an Ohio corporation,

    Defendant/Third Party Plaintiff,

NORTHEAST PLAZA VENTURE I, LLC, *et al.*,

    Third Party Defendants.
_____/

Case No.: 9:11-cv-80641-DMM

**DOLLAR TREE STORES, INC.'S REPLY IN SUPPORT OF ITS MOTION TO SEVER ACTION FOR TRIAL AND INCORPORATED MEMORANDUM OF LAW**

Defendant, Dollar Tree Stores, Inc. ("**Dollar Tree**"), through its undersigned counsel, and pursuant to Fed. R. Civ. P. Rule 21, hereby files this Reply to Winn-Dixie's Response (the "**Response**") to Dollar Tree's Motion to Sever Action for Trial [Consolidated Action, D.E. 305], and in Support of its Motion to Sever Actions for Trial and Incorporated Memorandum of Law (the "**Motion to Sever**").  Consolidated Action, D.E. 270.

It is clear that for all of the following reasons set forth in Dollar Tree's Motion to Sever, Plaintiffs' claims against Dollar Tree should be severed from and tried independently of the instant Consolidated Action:

- "Plaintiffs' claims against Dollar Tree do not arise from the same transaction or occurrence as those in the Dolgen or Big Lots Actions."

- "Plaintiffs' claims and Dollar Tree's defenses are based on facts that are wholly unrelated to either Dolgen or Big Lots."

- "Plaintiffs' claims against Dollar Tree also involve different questions of fact and law as those in the Dolgen and the Big Lots Actions."

- "Plaintiffs' claims in the Dollar Tree Action involve unique determinations from those involved in the Dolgen or Big Lots Actions."

- "It is clear that trying the Dollar Tree Action in the Consolidated Action will significantly prejudice Dollar Tree's right to a fair and impartial trial.  It is also clear that Plaintiffs will not suffer any prejudice if the Dollar Tree Action is severed and tried independently of the Consolidated Action."

- "Here, the breadth of the varied evidence in the three Actions that will be adduced at trial in the Consolidated Action will undoubtedly confuse and overwhelm the jury.  There are over 100 stores at issue in the Actions.  Each store represents an individual suit involving different parties, a separate store location, a separate lease, and different states."

Consolidated Action, D.E. 270, p. 7-10, 17, 19.

As demonstrated by their Response, Plaintiffs cannot refute the overwhelming reasons why their claims against Dollar Tree should be severed under Rule 21.  Dollar Tree therefore respectfully requests that the Dollar Tree Action be severed from the Consolidated Action.

2

By: s/ Steve I. Silverman
    Steve I. Silverman
    Fla. Bar No. 516831
    ssilverman@klugerkaplan.com
    Jeffrey M. Berman
    Fla. Bar No. 14979
    jberman@klugerkaplan.com
    KLUGER, KAPLAN, SILVERMAN,
    KATZEN & LEVINE, P.L.
    Miami Center, Seventeenth Floor
    201 South Biscayne Boulevard
    Miami, Florida 33131
    Telephone: (305) 379-9000
    Facsimile: (305) 379-3428
    *Attorneys for Dollar Tree Stores, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 5, 2012, I electronically filed the foregoing document with the Clerk of Court through the CM/ECF System. **I FURTHER CERTIFY** that the foregoing document is being served this day on all counsel or *pro se* parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By:     s/ Steve I. Silverman
           Steve I. Silverman

KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000

## SERVICE LIST

**Thomas E. Warner, Esq.**
twarner@carltonfields.com
**Ryan S. Cobbs, Esq.**
rcobbs@carltonfields.com
Carlton Fields,
CityPlace Tower,
525 Okeechobee Blvd.,
Suite 1200,
West Palm Beach, Florida 33401-6350
*Attorneys for Plaintiffs*

**Michael V. Elsberry**
michael.elsberry@lowndes-law.com
**W. Drew Sorrell**
drew.sorrell@lowndes-law.com
**Rebecca E. Rhoden**
Rebecca.rhoden@lowndes-law.com
Lowndes Drosdick Doster
Kantor & Reed, P.A.
450 South Orange Avenue, Suite 800 Orlando
FL 32802-2809
Telephone: (407) 843-4600
Facsimile: (407) 843-4444
*Attorneys for Dolgencorp, LLC and
Big Lots, Inc.*

**William N. Withrow**, Jr.
William.withrow@troutmansanders.com
**Brian P. Watt**
brian.watt@troutmansanders.com
**Shakara M. Barnes**
Shakara.barnes@troutmansanders.com
Troutman Sanders, LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta GA 30308
Telephone: (404) 885-3000
Facsimile: (404) 885-3900
*Attorneys for Dolgencorp, LLC and Big Lots,
Inc.*

**Jessica S. Erenbaum**
jerenbaum@gjb-law.com
**W. Barry Blum**
bblum@gjb-law.com
Genovese Joblove & Battista, P.A.
4400 Miami Tower
100 S.E. Second Street
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 359-2310
*Attorneys for NB/85 Associates;
Ronald Benderson; Randall Benderson;
David Baldauf; Nathan Benderson;
Wayne Ruben*

**Suzanne M. McLean**
smclean@whma-law.com
**Shawn D. Arbeiter**
sarbeiter@whma-law.com
Mclean & Arbeiter, P.A.
4430 SW 64th Avenue
Davie FL 33314-3438
Telephone: (954) 587-3058
Facsimile: (954) 587-1770
*Attorneys for Hudson Square Center Inc*

**Alan Michael Burger**
aburger@mcdonaldhopkins.com
Mcdonald Hopkins, LLC
505 South Flagler Drive,
Suite 300
West Palm Beach, FL 33401
Telephone: (561) 472-2121
Facsimile: (561) 472-2122
*Attorneys for Sarria Holdings IV, Inc.*

**Sergiu Gherman**
sgherman@ghermanlaw.com
Gherman Legal, PLLC
The Ingraham Building
25 S.E. 2nd Avenue, Suite 808
Miami FL 33131-1603
Telephone: (305) 459-1551
Facsimile: (305) 459-1551

      -and-

**J. Kemp Brinson** (Admitted *pro hac vice*)
kbrinson@ccmattorneys.com
Clark, Campbell & Lancaster, P.A.
500 South Florida Avenue, Suite 800
Lakeland, FL 33801
Telephone: (863) 647-5337
Facsimile: (863) 647-5012
*Attorneys for Avon Square, Ltd*

**Gary S. Phillips**
gphillips@phillipslawyers.com
**Laura J. Varela**
lvarela@phillipslawyers.com
Phillips, Cantor & Berlowitz, P.A.
4000 Hollywood Boulevard, Suite 500-North
Hollywood, FL 33021
Telephone: (954) 966-1820
Facsimile: (954) 414-9309
*Attorneys for Hudson Bay Trading Co.*

**Cristopher S. Rapp**
csrapp@jones-foster.com
**Robert W. Wilkins**
rwilkins@jones-foster.com
Jones Foster Johnston & Stubbs
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
Telephone: (561) 659-3000
Facsimile: (561) 650-0412
*Attorneys for NPI, Inc. and Noble Mgmt. Co.*

**Marc A. Silverman**
msilverman@fwblaw.net
**David W. Black**
dblack@fwblaw.net
Frank, Weinberg, Black, P.L.
7805 S.W. 6th Court
Plantation, FL 33324
Telephone: (954) 474-8000
Facsimile: (954) 474-9850
*Attorneys for Ireland Biloxi, Ltd.*

**Michelle G. Gilbert**
michelle@gilbertgrouplaw.com
Gilbert Garcia Group, P.A.
2005 Pan Am Circle, Suite 110
Tampa, FL 33607
Telephone: (813) 443-5087
Facsimile: (813) 443-5089
*Attorneys for Lake Wales Associates, LLC*

**Richard Dunn**
rdunn@cozen.com
**Jermaine A. Lee**
jalee@cozen.com
Cozen O'connor
200 South Biscayne Boulevard, Suite 4410
Miami, FL 33131-2303
Telephone: (305) 704-5940
Facsimile: (305) 704-5955
*Attorneys for Northeast Plaza Venture I, LLC*