UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WINN-DIXIE STORES, INC., *et al.*, | Case No.: 9:11-cv-80601-DMM (Lead Case) |
| Plaintiffs, | Consolidated with: |
| v. | |
| DOLGENCORP, LLC, f/k/a DOLGENCORP, INC., a Kentucky corporation, | |
| Defendant/Third Party Plaintiff, | |
| PARK CENTRAL PLAZA CRP, LLC, *et al.*, | |
| Third Party Defendants. _____/ | |
| WINN-DIXIE STORES, INC., *et al.*, | Case No.: 9:11-cv-80638-DMM |
| Plaintiffs, | Consolidated with: |
| v. | |
| DOLLAR TREE STORES, INC., a Virginia corporation, | |
| Defendant. _____/ | |
| WINN-DIXIE STORES, INC., *et al.*, | Case No.: 9:11-cv-80641-DMM |
| Plaintiffs, | |
| v. | |
| BIG LOTS STORES, INC. an Ohio corporation, | |
| Defendant/Third Party Plaintiff, | |
| NORTHEAST PLAZA VENTURE I, LLC, *et al.*, | |
| Third Party Defendants. _____/ | |

**JOINT MOTION BY WINN DIXIE AND DOLLAR TREE TO EXTEND PRETRIAL DEADLINES PURSUANT TO ORDER RESETTING TRIAL DATE**

Defendant, Dollar Tree Stores, Inc. ("**Dollar Tree**"), through its undersigned counsel, and Plaintiffs Winn-Dixie Stores, Inc., *et al* ("**Winn-Dixie**") (collectively, the "**Parties**"), hereby file this Joint Motion to Extend Pretrial Deadlines Pursuant to the Court's Order Resetting Trial Date. The Parties move for an order extending the pretrial deadlines between them in accordance with the Court's Order Resetting Trial Date [No. 11-80601, D.E. 223], and state:

1. Prior to consolidation, the Court entered substantially similar Pretrial Scheduling Orders for each of the consolidated Cases – Nos. 11-80601, 11-80638, and 11-80641. *See* [No. 11-80638, D.E. 11], [No. 11-80601, D.E. 17], and [No. 11-80641, D.E. 25].

2. On January 31, 2012, the Court entered its first Order Resetting Trial Date [No. 11-80601, D.E. 199], pursuant to which the trial date for Case No. 80601 was set for March 26, 2012.

3. On February 1, 2012, the Court entered its Order Consolidating and Closing Case [No. 11-80601, D.E. 202], as a result of which Case Nos. 11-80638 and 11-80641 were closed and consolidated with Case No. 11-80601.

4. On February 3, 2012, the Court entered its Order Granting Agreed Motion To Extend Case Deadlines [No. 11-80638, D.E. 190] (the "**Order Granting Extended Deadlines**"), in which the Court amended the deadlines set forth in the Court's Pretrial Scheduling Order [No. 11-80638, D.E. 11] to conform with the new March 26, 2012 trial date. Specifically, the Order Granting Extended Deadlines provided the following amended deadlines:

   a) Objections and counter-designations of deposition testimony due by March 14, 2012;

   b) Single Joint Set of Proposed Jury Instructions and Verdict Form due by March 19, 2012;

  c) Proposed Jury Instructions due by March 21, 2012;

  d) Motions in limine due by March 21, 2012;

  e) Pre-Marked Exhibits on Form AO 187 due by March 26, 2012.

5. On February 16, 2012, the Court entered its second Order Resetting Trial Date [No. 11-80601, D.E. 229], pursuant to which the trial in these consolidated cases was re-set for the two-week period commencing May 7, 2012.

6. As a result of the second Order Resetting Trial Date [No. 11-80601, D.E. 229], deadlines tied to the March 26, 2012 trial date will be affected and should be adjusted to reflect the new trial setting.

7. Accordingly, Winn Dixie and Dollar Tree respectfully request that the Court enter an Order providing for new pretrial deadlines, as follows:

  a) Service of Winn-Dixie's and Dollar Tree's amended exhibit lists is due by April 16, 2012;

  b) Service of Winn-Dixie's and Dollar Tree's objections to additional exhibits on the amended exhibit lists (which were not included in the original exhibit lists) is due by April 20, 2012.

  c) Subject to the following reservations, service of Winn-Dixie's and Dollar Tree's objections to original exhibit lists is due April 20, 2012.

   i. Winn-Dixie and Dollar Tree are not in agreement as to this provision. Winn-Dixie's position is to establish April 20, 2012 as the deadline for objecting to original exhibit lists, whereas Dollar Tree's position is that the deadline for objections to original exhibit lists has passed and should not be revived.

      ii. Winn-Dixie asserts that the previous deadline to serve objections to Dollar Tree's exhibit list was related to the original February 13th trial date and was vacated when the court *sua sponte* consolidated these cases and reset the trial for May 7th. Since Winn-Dixie had not yet completed its objections (and non-objections) to Defendant's list by that time, it did not attempt to complete its objections at that time.

      iii. Dollar Tree, having served its objections to Winn-Dixie's exhibit list in accordance with the January 23, 2012 deadline, asserts that Winn-Dixie waived its right to serve objections to Dollar Tree's exhibit list by failing to file objections in accordance with the January 23, 2012 deadline which passed prior to the February 1, 2012 Order Consolidating and Closing Case [No. 11-80601, D.E. 202].

d) Winn-Dixie's and Dollar Tree's Objections and counter-designations of deposition testimony are due by April 25, 2012;

e) Single Joint Set of Proposed Jury Instructions and Verdict Form due by May 2, 2012;

f) Motions in limine due by May 2, 2012;

g) Pre-Marked Exhibits on Form AO 187 due by May 7, 2012.

## CERTIFICATE OF CONFERRAL

Prior to filing this Motion, the undersigned conferred with counsel for Plaintiffs and co-Defendants, who agree with the relief requested herein.

                                    By: s/ Steve I. Silverman
                                          Steve I. Silverman

KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000

        Fla. Bar No. 516831
        ssilverman@klugerkaplan.com
        Michael T. Landen
        Fla. Bar No. 161144
        mlanden@klugerkaplan.com
        Marilyn G. Kohn
        Fla. Bar. No. 168009
        mkohn@klugerkaplan.com
        KLUGER, KAPLAN, SILVERMAN,
        KATZEN & LEVINE, P.L.
        Miami Center, Seventeenth Floor
        201 South Biscayne Boulevard
        Miami, Florida 33131
        Telephone: (305) 379-9000
        Facsimile: (305) 379-3428
        *Attorneys for Dollar Tree Stores, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 10, 2012, I electronically filed the foregoing document with the Clerk of Court through the CM/ECF System. I FURTHER CERTIFY that the foregoing document is being served this day on all counsel or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

        By:     s/ Steve I. Silverman
                  Steve I. Silverman

**SERVICE LIST**

| | |
|---|---|
| **Thomas E. Warner, Esq.**<br>twarner@carltonfields.com<br>**Ryan S. Cobbs, Esq.**<br>rcobbs@carltonfields.com<br>Carlton Fields,<br>CityPlace Tower,<br>525 Okeechobee Blvd.,<br>Suite 1200,<br>West Palm Beach, Florida 33401-6350<br>*Attorneys for Plaintiffs* | **Michael V. Elsberry**<br>michael.elsberry@lowndes-law.com<br>**W. Drew Sorrell**<br>drew.sorrell@lowndes-law.com<br>**Rebecca E. Rhoden**<br>Rebecca.rhoden@lowndes-law.com<br>Lowndes Drosdick Doster<br>Kantor & Reed, P.A.<br>450 South Orange Avenue, Suite 800 Orlando<br>FL 32802-2809<br>Telephone: (407) 843-4600<br>Facsimile: (407) 843-4444<br>*Attorneys for Dolgencorp, LLC and*<br>*Big Lots, Inc.* |
| **William N. Withrow**, Jr.<br>William.withrow@troutmansanders.com<br>**Brian P. Watt**<br>brian.watt@troutmansanders.com<br>**Shakara M. Barnes**<br>Shakara.barnes@troutmansanders.com<br>Troutman Sanders, LLP<br>600 Peachtree Street, N.E., Suite 5200<br>Atlanta GA 30308<br>Telephone: (404) 885-3000<br>Facsimile: (404) 885-3900<br>*Attorneys for Dolgencorp, LLC and Big Lots, Inc.* | **Richard Dunn**<br>rdunn@cozen.com<br>**Jermaine A. Lee**<br>jalee@cozen.com<br>Cozen O'connor<br>200 South Biscayne Boulevard, Suite 4410<br>Miami, FL 33131-2303<br>Telephone: (305) 704-5940<br>Facsimile: (305) 704-5955<br>*Attorneys for Northeast Plaza Venture I, LLC* |
| **Suzanne M. McLean**<br>smclean@whma-law.com<br>**Shawn D. Arbeiter**<br>sarbeiter@whma-law.com<br>Mclean & Arbeiter, P.A.<br>4430 SW 64th Avenue<br>Davie FL 33314-3438<br>Telephone: (954) 587-3058<br>Facsimile: (954) 587-1770<br>*Attorneys for Hudson Square Center Inc* | **Alan Michael Burger**<br>aburger@mcdonaldhopkins.com<br>Mcdonald Hopkins, LLC<br>505 South Flagler Drive,<br>Suite 300<br>West Palm Beach, FL 33401<br>Telephone: (561) 472-2121<br>Facsimile: (561) 472-2122<br>*Attorneys for Sarria Holdings IV, Inc.* |

| | |
|---|---|
| **Sergiu Gherman**<br>sgherman@ghermanlaw.com<br>Gherman Legal, PLLC<br>The Ingraham Building<br>25 S.E. 2nd Avenue, Suite 808<br>Miami FL 33131-1603<br>Telephone: (305) 459-1551<br>Facsimile: (305) 459-1551<br><br>-and-<br><br>**J. Kemp Brinson** (Admitted *pro hac vice*)<br>kbrinson@ccmattorneys.com<br>Clark, Campbell & Lancaster, P.A.<br>500 South Florida Avenue, Suite 800<br>Lakeland, FL 33801<br>Telephone: (863) 647-5337<br>Facsimile: (863) 647-5012<br>*Attorneys for Avon Square, Ltd* | **Gary S. Phillips**<br>gphillips@phillipslawyers.com<br>**Laura J. Varela**<br>lvarela@phillipslawyers.com<br>Phillips, Cantor & Berlowitz, P.A.<br>4000 Hollywood Boulevard, Suite 500-North<br>Hollywood, FL 33021<br>Telephone: (954) 966-1820<br>Facsimile: (954) 414-9309<br>*Attorneys for Hudson Bay Trading Co.*<br><br>**Cristopher S. Rapp**<br>csrapp@jones-foster.com<br>**Robert W. Wilkins**<br>rwilkins@jones-foster.com<br>Jones Foster Johnston & Stubbs<br>505 South Flagler Drive, Suite 1100<br>West Palm Beach, FL 33401<br>Telephone: (561) 659-3000<br>Facsimile: (561) 650-0412<br>*Attorneys for NPI, Inc. and Noble Mgmt. Co.* |

KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000