UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WINN-DIXIE STORES, INC., *et al.*, | Case No.: 9:11-cv-80601-DMM (Lead Case) |
| Plaintiffs, | Consolidated with: |
| v. | |
| DOLGENCORP, LLC, f/k/a DOLGENCORP, INC., a Kentucky corporation, | |
| Defendant/Third Party Plaintiff, | |
| PARK CENTRAL PLAZA CRP, LLC, *et al.*, | |
| Third Party Defendants. | |
| _____/ | |
| WINN-DIXIE STORES, INC., *et al.*, | Case No.: 9:11-cv-80638-DMM |
| Plaintiff(s), | Consolidated with: |
| v. | |
| DOLLAR TREE STORES, INC., | |
| Defendant. | |
| _____/ | |
| WINN-DIXIE STORES, INC., et al., | Case No.: 9:11-cv-80641-DMM |
| Plaintiffs, | |
| v. | |
| BIG LOTS STORES, INC. an Ohio corporation, | |
| Defendant/Third Party Plaintiff, | |
| NORTHEAST PLAZA VENTURE I, LLC, et al., | |
| Third Party Defendants. | |
| _____/ | |

**DOLLAR TREE'S UNOPPOSED MOTION FOR ENLARGEMENT OF
TIME FOR PLAINTIFFS AND DOLLAR TREE TO EXCHANGE AMENDED EXHIBIT
<u>LISTS AND OBJECTIONS TO EXHIBIT LISTS</u>**

Defendant, Dollar Tree Stores, Inc. ("**Dollar Tree**"), through undersigned counsel and

pursuant to Rule 6(b), Fed. R. Civ. P., and Local Rule 7.1, hereby files its Unopposed Motion for

Enlargement of Time for the Parties to Exchange Amended Exhibit Lists and Objections to Amended Exhibit Lists, and states:

1. On February 15, 2012, the parties filed an Agreed Motion to Reset Trial Date [D.E. 223].

2. On February 16, 2012, the Court granted the parties Agreed Motion to Reset Trial Date and reset trial for the two-week period commencing May 7, 2012 [D.E. 229].

3. On April 10, 2012, the parties filed a Joint Motion to Extend Pretrial Deadlines in Accordance with the Court's Order Resetting Trial Date [D.E. 339].

4. On April 13, 2012, the Court granted the parties' Joint Motion to Extend Pretrial Deadlines Pursuant to Order Resetting Trial Date [D.E. 349].

5. Service of Winn-Dixie's and Dollar Tree's amended exhibit lists are currently due on April 16, 2012.  [D.E. 349]

6. Service of Winn-Dixie's and Dollar Tree's objections to additional exhibits on the amended exhibit lists as are due on April 20, 2012.

7. Dollar Tree has conferred with Winn-Dixie's counsel and is authorized to state that Winn-Dixie's counsel agrees to a two (2) day enlargement of time for Plaintiffs and Dollar Tree to file their amended exhibit lists as well as a three (3) day enlargement of time for the Plaintiffs and Dollar Tree to file their objections to additional exhibits on the amended exhibit lists.

**WHEREFORE**, Defendant, Dollar Tree Stores, Inc., respectfully requests that this Court grant a two (2) day enlargement of time, through April 18, 2012, for Plaintiffs and Dollar Tree to file their amended exhibit lists, a three (3) day enlargement of time, through April 23, 2012, for Plaintiffs and Dollar Tree to file their objections to the additional exhibits on the amended exhibit lists, and such other and further relief as this Court deems just and proper.

## LOCAL RULE 7.1 CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movant has conferred with Plaintiffs, the party which may be affected by the relief sought in this motion, in a good faith effort to resolve the issues raised in motion and Plaintiffs agree to the requested relief.

Respectfully submitted,

By: s/ Steve I. Silverman
  Steve I. Silverman
  Fla. Bar No. 516831
  ssilverman@klugerkaplan.com
  Jeffrey M. Berman
  Fla. Bar. No. 0014979
  jberman@klugerkplan.com
  KLUGER, KAPLAN, SILVERMAN,
  KATZEN & LEVINE, P.L.
  Miami Center, Seventeenth Floor
  201 South Biscayne Boulevard
  Miami, Florida 33131
  Telephone: (305) 379-9000
  Facsimile: (305) 379-3428
  *Attorneys for Dollar Tree Stores, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 16, 2012, I electronically filed the foregoing document with the Clerk of Court through the CM/ECF System. **I FURTHER CERTIFY** that the foregoing document is being served this day on all counsel or *pro se* parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By:   s/ Steve I. Silverman
   Steve I. Silverman

**SERVICE LIST**

**Thomas E. Warner, Esq.**
twarner@carltonfields.com
**Ryan S. Cobbs, Esq.**
rcobbs@carltonfields.com
Carlton Fields,
CityPlace Tower,
525 Okeechobee Blvd.,
Suite 1200,
West Palm Beach, Florida 33401-6350
*Attorneys for Plaintiffs*

**Michael V. Elsberry**
michael.elsberry@lowndes-law.com
**W. Drew Sorrell**
drew.sorrell@lowndes-law.com
**Rebecca E. Rhoden**
Rebecca.rhoden@lowndes-law.com
Lowndes Drosdick Doster
Kantor & Reed, P.A.
450 South Orange Avenue, Suite 800 Orlando
FL 32802-2809
Telephone: (407) 843-4600
Facsimile: (407) 843-4444
*Attorneys for Dolgencorp, LLC and*
*Big Lots, Inc.*

**William N. Withrow**, Jr.
William.withrow@troutmansanders.com
**Brian P. Watt**
brian.watt@troutmansanders.com
**Shakara M. Barnes**
Shakara.barnes@troutmansanders.com
Troutman Sanders, LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta GA 30308
Telephone: (404) 885-3000
Facsimile: (404) 885-3900
*Attorneys for Dolgencorp, LLC and Big Lots, Inc.*

**Jessica S. Erenbaum**
jerenbaum@gjb-law.com
**W. Barry Blum**
bblum@gjb-law.com
Genovese Joblove & Battista, P.A.
4400 Miami Tower
100 S.E. Second Street
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 359-2310
*Attorneys for NB/85 Associates;*
*Ronald Benderson; Randall Benderson;*
*David Baldauf; Nathan Benderson;*
*Wayne Ruben*

**Suzanne M. McLean**
smclean@whma-law.com
**Shawn D. Arbeiter**
sarbeiter@whma-law.com
Mclean & Arbeiter, P.A.
4430 SW 64th Avenue
Davie FL 33314-3438
Telephone: (954) 587-3058
Facsimile: (954) 587-1770
*Attorneys for Hudson Square Center Inc*

**Alan Michael Burger**
aburger@mcdonaldhopkins.com
Mcdonald Hopkins, LLC
505 South Flagler Drive,
Suite 300
West Palm Beach, FL 33401
Telephone: (561) 472-2121
Facsimile: (561) 472-2122
*Attorneys for Sarria Holdings IV, Inc.*

| | |
|---|---|
| **Sergiu Gherman** | **Gary S. Phillips** |
| sgherman@ghermanlaw.com | gphillips@phillipslawyers.com |
| Gherman Legal, PLLC | **Laura J. Varela** |
| The Ingraham Building | lvarela@phillipslawyers.com |
| 25 S.E. 2nd Avenue, Suite 808 | Phillips, Cantor & Berlowitz, P.A. |
| Miami FL 33131-1603 | 4000 Hollywood Boulevard, Suite 500-North |
| Telephone: (305) 459-1551 | Hollywood, FL 33021 |
| Facsimile: (305) 459-1551 | Telephone: (954) 966-1820 |
| | Facsimile: (954) 414-9309 |
| -and- | *Attorneys for Hudson Bay Trading Co.* |
| | |
| **J. Kemp Brinson** (Admitted *pro hac vice*) | |
| kbrinson@ccmattorneys.com | |
| Clark, Campbell & Lancaster, P.A. | |
| 500 South Florida Avenue, Suite 800 | |
| Lakeland, FL 33801 | |
| Telephone: (863) 647-5337 | |
| Facsimile: (863) 647-5012 | |
| *Attorneys for Avon Square, Ltd* | |
| | |
| **Cristopher S. Rapp** | **Marc A. Silverman** |
| csrapp@jones-foster.com | msilverman@fwblaw.net |
| **Robert W. Wilkins** | **David W. Black** |
| rwilkins@jones-foster.com | dblack@fwblaw.net |
| Jones Foster Johnston & Stubbs | Frank, Weinberg, Black, P.L. |
| 505 South Flagler Drive, Suite 1100 | 7805 S.W. 6th Court |
| West Palm Beach, FL 33401 | Plantation, FL 33324 |
| Telephone: (561) 659-3000 | Telephone: (954) 474-8000 |
| Facsimile: (561) 650-0412 | Facsimile: (954) 474-9850 |
| *Attorneys for NPI, Inc. and Noble Mgmt. Co.* | *Attorneys for Ireland Biloxi, Ltd.* |
| | |
| **Michelle G. Gilbert** | **Richard Dunn** |
| michelle@gilbertgrouplaw.com | rdunn@cozen.com |
| Gilbert Garcia Group, P.A. | **Jermaine A. Lee** |
| 2005 Pan Am Circle, Suite 110 | jalee@cozen.com |
| Tampa, FL 33607 | Cozen O'connor |
| Telephone: (813) 443-5087 | 200 South Biscayne Boulevard, Suite 4410 |
| Facsimile: (813) 443-5089 | Miami, FL 33131-2303 |
| *Attorneys for Lake Wales Associates, LLC* | Telephone: (305) 704-5940 |
| | Facsimile: (305) 704-5955 |
| | *Attorneys for Northeast Plaza Venture I, LLC* |