**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| WINN-DIXIE STORES, INC.; <br> WINN-DIXIE STORES LEASING, LLC; <br> WINN-DIXIE RALEIGH, INC.; <br> WINN-DIXIE RALEIGH LEASING, LLC; <br> WINN-DIXIE MONTGOMERY, LLC; and <br> WINN-DIXIE MONTGOMERY LEASING, LLC, | **Case No. 9:11-cv-80601-DMM** <br> **Consolidated with:** |

　　　　Plaintiffs,

v.

DOLGENCORP, LLC, f/k/a
DOLGENCORP, INC., a Kentucky corporation,

　　　　Defendant/Third Party Plaintiff,

PARK CENTRAL PLAZA CRP, LLC,
HUDSON SQUARE CENTER, INC.,
E.V.K. ENTERPRISES, INC., VACHLIA, INC.,
NB/85 ASSOCIATES, RONALD
BENDERSON, RANDALL BENDERSON,
DAVID H. BALDAUF, NATHAN BENDERSON
and WAYNE M. RUBEN,

　　　　Third Party Defendants.
_____/

| | |
|---|---|
| WINN-DIXIE STORES, INC.; <br> WINN-DIXIE STORES LEASING, LLC; <br> WINN-DIXIE RALEIGH, INC.; <br> WINN-DIXIE RALEIGH LEASING, LLC; <br> WINN-DIXIE MONTGOMERY, LLC; and <br> WINN-DIXIE MONTGOMERY LEASING, LLC | **Case No. 9:11-cv-80638-DMM** <br> **Consolidated with:** |

　　　　Plaintiffs,

v.

DOLLAR TREE STORES, INC., a Virginia corporation,

　　　　Defendant.
_____/

| | |
|---|---|
| WINN-DIXIE STORES, INC.; <br> WINN-DIXIE STORES LEASING, LLC; | **Case No. 9:11-cv-80641-DMM** |

22838344.1

WINN-DIXIE RALEIGH, INC.;
WINN-DIXIE RALEIGH LEASING, LLC;
WINN-DIXIE MONTGOMERY, LLC; and
WINN-DIXIE MONTGOMERY LEASING, LLC,

    Plaintiffs,

v.

BIG LOTS STORES, INC., an Ohio corp.,

    Defendant/Third-Party Plaintiff,

NORTHEAST PLAZA VENTURE I, LLC;
AVON SQUARE, LTD; NOBLE MANAGEMENT
COMPANY; NPI, INC.; HUDSON BAY TRADING
COMPANY; LAKE WALES ASSOCIATES, LLC;
SARRIA HOLDINGS IV, INC.; and IRELAND BILOXI, LTD.,

    Third Party Defendants.
_____/

## WINN-DIXIE'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH THE COURT'S MARCH 14, 2012 ORDER

Dollar Tree's Motion to Compel Compliance with the Court's March 14, 2012 Order Granting in Part Dollar Tree's Motion to Compel [No. 11-80638, DE 307] should be denied because ***the Motion is moot***. Winn-Dixie has already produced *all* responsive documents to Defendant in accordance with the Court's Order. To the extent any further response is necessary, Winn-Dixie provides the following:

This Court entered its Order on March 14, 2012, requiring Winn-Dixie to produce additional documents to Defendant. The Order did not set forth a deadline for Winn-Dixie to complete its production, however, Winn-Dixie began working immediately to identify and produce responsive documents in compliance with the Order. This process included, among other things, running additional ESI searches for responsive documents, conferring with various custodians at Winn-Dixie to identify responsive documents, and searching Winn-Dixie's internal

2

database for responsive documents. Contrary to Defendant's assertions, none of these documents can be found and produced instantaneously. Identifying each category of responsive documents entails conducting a detailed search and review. Furthermore, all documents had to be reviewed for potentia1ly privileged information. In fact, Winn-Dixie's additional searches yielded tens of thousands of pages of documents that were responsive to over thirty separate requests for production.

Winn-Dixie produced the majority of these documents to Defendant on April 6, 2012, just over three weeks after the Court entered its Order. One week later, on April 13, 2012, Winn-Dixie produced the remaining smaller set of responsive documents to Defendant.[1] Thus, Winn-Dixie produced all responsive documents to Defendant within 30 days of the Court's Order. This time frame is more than reasonable for Winn-Dixie's production, and is in compliance with the Court's Order.

Defendant, however, once again seeks to apply a different standard for Winn-Dixie in this case than it sets for itself. Defendant knows from its own discovery that identification and production of responsive documents is a time-intensive process, and that the timing of Winn-Dixie's production was more than reasonable. Specifically, it took Defendant nearly two full months to complete its own production in accordance with this Court's December 29, 2011 Order compelling Defendant to produce documents responsive to Winn-Dixie's Requests for Production. [No. 11-80639, DE 124]. Notably, Defendant's production contained only a fraction of the number of documents that were included in Winn-Dixie's recent production.

---

[1] Winn-Dixie's revised interrogatories were accidentally left out of its April 13, 2012 production. Upon recognition of this oversight, Winn-Dixie immediately sent Dollar Tree the revised interrogatories via e-mail on April 16, 2012.

Additionally, Winn-Dixie informed Defendant that it was working diligently to compile discovery documents and that all responsive documents would be produced within a few weeks. Despite this information, Defendant proceeded to file the instant motion, requiring Winn-Dixie's response. As explained above, Winn-Dixie produced all responsive documents to Defendant in accord with its earlier representations to Defendant. Accordingly, pursuant to Federal Rule of Civil Procedure 37(a)(5)(B) Winn-Dixie requests its attorney's fees incurred in responding to this unnecessary motion.

## CONCLUSION

Based on the foregoing, Defendant's Motion to Compel Compliance with the Court's March 14, 2012 Order Granting in Part Dollar Tree's Motion to Compel should be denied, and Winn-Dixie requests its attorney's fees in connection with the Motion.

Respectfully submitted,

**CARLTON FIELDS, P.A.**
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368


By: /s/ Thomas E. Warner
    Thomas E. Warner
    Florida Bar No. 176725
    E-mail: twarner@carltonfields.com
    Ryan S. Cobbs
    Florida Bar No. 912611
    E-mail: rcobbs@carltonfields.com
    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 16, 2012 I electronically filed the foregoing document with the Clerk of the Court using the Court CM/ECF.  I also certify that the foregoing document is being served this day on all counsel or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

| | |
|---|---|
| **Michael V. Elsberry**<br>michael.elsberry@lowndes-law.com<br>**W. Drew Sorrell**<br>drew.sorrell@lowndes-law.com<br>**Rebecca E. Rhoden**<br>Rebecca.rhoden@lowndes-law.com<br>Lowndes Drosdick Doster<br> Kantor & Reed, P.A.<br>450 South Orange Avenue, Suite 800<br>Orlando FL 32802-2809<br>Telephone:  (407) 843-4600<br>Facsimile:  (407) 843-4444<br><br>*Attorneys for Dolgencorp, LLC and Big Lots, Inc.* | **William N. Withrow, Jr.**<br>william.withrow@troutmansanders.com<br>**Brian P. Watt**<br>brian.watt@troutmansanders.com<br>**Shakara M. Barnes**<br>Shakara.barnes@troutmansanders.com<br>Troutman Sanders, LLP<br>600 Peachtree Street, N.E., Suite 5200<br>Atlanta GA 30308<br>Telephone:  (404) 885-3000<br>Facsimile:  (404) 885-3900<br><br>*Attorneys for Dolgencorp, LLC and Big Lots, Inc.* |
| **Steve I. Silverman**<br>ssilverman@klugerkaplan.com<br>Kluger, Kaplan, Silverman,<br>Katzen & Levine, P.L.<br>Miami Center, Seventeenth Floor<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: (305) 379-9000<br>Facsimile: (305) 379-3428<br><br>*Attorneys for Dollar Tree, Inc.* | **Jessica S. Erenbaum**<br>jerenbaum@gjb-law.com<br>**W. Barry Blum**<br>bblum@gjb-law.com<br>Genovese Joblove & Battista, P.A.<br>4400 Miami Tower<br>100 S.E. Second Street<br>Miami FL 33131<br>Telephone:  (305) 349-2300<br>Facsimile:  (305) 359-2310<br><br>*Attorneys for NB/85 Associates; Ronald Benderson; Randall Benderson; David Baldauf; Nathan Benderson; Wayne Ruben* |

5

| | |
|---|---|
| **Suzanne M. McLean** | **Alan Michael Burger** |
| smclean@whma-law.com | aburger@mcdonaldhopkins.com |
| **Shawn D. Arbeiter** | Mcdonald Hopkins, LLC |
| sarbeiter@whma-law.com | 505 South Flagler Drive, Suite 300 |
| Webber Hinden Mclean & | West Palm Beach FL 33401 |
|  Arbeiter, P.A. | Telephone:  (561) 472-2121 |
| 4430 SW 64th Avenue | Facsimile:  (561) 472-2122 |
| Davie FL 33314-3438 | |
| Telephone:  (954) 587-3058 | *Attorneys for Sarria Holdings IV, Inc.* |
| Facsimile:  (954) 587-1770 | |

*Attorneys for Hudson Square Center Inc.*

| | |
|---|---|
| **Sergiu Gherman** | **Gary S. Phillips** |
| sgherman@ghermanlaw.com | gphillips@phillipslawyers.com |
| Gherman Legal, PLLC | **Laura J. Varela** |
| The Ingraham Building | lvarela@phillipslawyers.com |
| 25 S.E. 2nd Avenue, Suite 808 | Phillips, Cantor & Berlowitz, P.A. |
| Miami FL 33131-1603 | 4000 Hollywood Boulevard, Suite 500-North |
| Telephone:  (305) 459-1551 | Hollywood FL 33021 |
| Facsimile: (305) 459-1551 | Telephone:  (954) 966-1820 |
| | Facsimile: (954) 414-9309 |

-and-

*Attorneys for Hudson Bay Trading Co.*

**J. Kemp Brinson** (Admitted Pro Hac Vice)
kbrinson@ccmattorneys.com
Clark, Campbell & Lancaster, P.A.
500 South Florida Avenue, Suite 800
Lakeland, FL 33801
Telephone:  (863) 647-5337
Facsimile:  (863) 647-5012

*Attorneys for Avon Square, Ltd.*

| | |
|---|---|
| **Cristopher S. Rapp** | **Marc A. Silverman** |
| csrapp@jones-foster.com | msilverman@fwblaw.net |
| **Robert W. Wilkins** | **David W. Black** |
| rwilkins@jones-foster.com | dblack@fwblaw.net |
| Jones Foster Johnston & Stubbs | Frank, Weinberg, Black, P.L. |
| 505 South Flagler Drive, Suite 1100 | 7805 S.W. 6th Court |
| West Palm Beach FL 33401 | Plantation FL 33324 |
| Telephone:  (561) 659-3000 | Telephone:  (954) 474-8000 |
| Facsimile:  (561) 650-0412 | Facsimile: (954) 474-9850 |

*Attorneys for NPI, Inc. and Noble Mgmt. Co.*  *Attorneys for Ireland Biloxi, Ltd.*

**Michelle G. Gilbert**
michelle@gilbertgrouplaw.com
Gilbert Garcia Group, P.A.
2005 Pan Am Circle, Suite 110
Tampa, FL 33607
Telephone: (813) 443-5087
Facsimile: (813) 443-5089

*Attorneys for Lake Wales Associates, LLC*

**Richard Dunn**
rdunn@cozen.com
**Jermaine A. Lee**
jalee@cozen.com
Cozen O'connor
200 South Biscayne Boulevard, Suite 4410
Miami, FL 33131-2303
Telephone: (305) 704-5940
Facsimile: (305) 704-5955

*Attorneys for Northeast Plaza Venture I, LLC*

By: /s/ Thomas E. Warner
Thomas E. Warner
Florida Bar No. 176725
E-mail: twarner@carltonfields.com
Ryan S. Cobbs
Florida Bar No. 912611
E-mail: rcobbs@carltonfields.com
*Attorneys for Plaintiffs*